IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DONALD JOHNS,

      Petitioner,

v.

STATE OF FLORIDA,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-0311

Opinion filed March 18, 2015.

Petition for Belated Appeal -- Original Jurisdiction.

Donald Johns, pro se, Petitioner.

No appearance for Respondent.

PER CURIAM.

      DISMISSED.  See Fla. R. App. P. 9.141(c)(6)(C).

LEWIS, C. J., MARSTILLER and OSTERHAUS, JJ., CONCUR.